UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BRIAN W. RAY**                                                                            **PETITIONER**

VS.                      **2:20-CV-00136-JM-JTR**

**DEWAYNE HENDRIX, Warden,**
**FCI – Forrest City**                                                 **RESPONDENT**

## **ORDER**

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed, and time for filing objections has expired. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT Petitioner Brian Ray's 28 U.S.C. § 2241 Petition for a Writ of Habeas Corpus, *Doc. 1*, is DENIED without prejudice.

DATED this 4th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE