UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BRIAN W. RAY**                                                                                             **PETITIONER**

**VS.**                     **2:20-CV-00136-JM-JTR**

**DEWAYNE HENDRIX, Warden,**
**FCI – Forrest City**                                     **RESPONDENT**

## **JUDGMENT**

Consistent with today's Order, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2241 action is DISMISSED.

DATED this 4th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE